UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-6023 PA (BFMx) | Date | October 15, 2026 |
| Title | Julio Cesar Silva Alegario v. Markwayne Mullin, et al. | | |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** IN CHAMBERS — ORDER TO SHOW CAUSE

Defendants have filed a Notice of Suggestion of Mootness, in which they state that United States Citizen and Immigration Services ("USCIS") has scheduled plaintiff for an interview. According to the Notice of Suggestion of Mootness, USCIS has reopened plaintiff's I-751 Petition and scheduled an interview. Defendants assert that plaintiff has therefore received all of the relief he sought in his Complaint and that this action is therefore moot. The Court therefore orders plaintiff to show cause in writing why this action should not be dismissed as moot. Plaintiff's response to this Order to Show Cause shall be filed by no later than October 22, 2026. Failure to timely or adequately respond to the Order to Show Cause may, without further warning, result in the dismissal of this action without prejudice.

IT IS SO ORDERED.