UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JULIO CESAR SILVA ALEGARIO,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, ET. Al.,<br>Defendants. | No. 2:26-cv-06023-PA-BFM<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF PLAINTIFF'S I-751 PETITION** |

Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that the instant action shall be stayed until February 22, 2027. In the event that adjudication is not completed and/or the case dismissed by February 22, 2027, the stay is lifted and the defendants' response is due on or before March 15, 2027.

Dated: November 23, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE